**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**      **Edna Leon Rosario** | **:** | **Chapter 13** |
| | **:** | |
| _____**Debtor**_____ | **:** | |
| **Midfirst Bank** | **:** | |
| **Movant** | **:** | **Bankruptcy  Case Number** |
| | **:** | **15-17196 AMC** |
| | **:** | |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the

Motion of Midfirst Bank was sent this 1st day of August, 2016 via electronic notification and/or

United States, First Class Mail, postage prepaid to all Parties in Interest in the above captioned

matter including:

**Movant's Counsel**
Joshua Goldman, Esq.
KML Law Group


**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee


                                        ___\s\ Michael Schwartz_____
                                        **MICHAEL SCHWARTZ, ESQUIRE**
                                        Attorney for Debtor