*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edna Leon Rosario
    Debtor(s)

Case No: 15–17196–amc
Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing RE: Certification of Default filed by Mid First Bank and Objection to Certification of Default Filed by Debtor.

    on: 8/15/17

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/26/17

Timothy B. McGrath
Clerk of Court

49 – 46, 47
Form 167