United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edna Leon Rosario  
    Debtor

Case No. 15-17196-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: BarbaraT     Page 1 of 1     Date Rcvd: Jul 26, 2017  
                       Form ID: 167     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.  
db          +Edna Leon Rosario,    3517 Rand Street,    Philadelphia, PA 19134-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
         ANDREW  SPIVACK    on behalf of Creditor    PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES
          CORPORATION paeb@fedphe.com
         ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation et. al. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE
          SERVICES CORPORATION paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         MICHAEL SETH SCHWARTZ    on behalf of Debtor Edna Leon Rosario msbankruptcy@verizon.net
         THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edna Leon Rosario
Debtor(s)

Case No: 15–17196–amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing RE: Certification of Default filed by Mid First Bank and Objection to Certification of Default Filed by Debtor.

on: 8/15/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date: 7/26/17

For The Court

Timothy B. McGrath
Clerk of Court

49 – 46, 47
Form 167