# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edna Leon Rosario<br>　　　　　　　　　Debtor<br>MidFirst Bank, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br>Edna Leon Rosario<br>　　　　　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-17196 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certificate of Default of MidFirst Bank, which was filed with the Court on or about July 21, 2017, entered under Document No. 46.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　　Matter S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　mweiner@kmllawgroup
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

August 14, 2017