## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Edna Leon Rosario | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **PHH Mortgage Corporation** | : | |
|      Movant | : | Bankruptcy Case Number |
| | : | 15-17196 AMC |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of PHH Mortgage Corporation was sent this 26th day of September, 2017 via electronic notification and/or United States, First Class Mail, postage prepaid to all Parties in Interest in the above captioned matter including:

**Movant's Counsel**
Thomas Song, Esquire

**Trustee:**
William C. Miller, Esquire


____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor