IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
EDNA LEON ROSARIO
        Debtor

: CHAPTER 13
:
: BK. No. 15-17196 AMC

## ORDER

AND NOW, this _____ day of _____, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: December 11, 2017**

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

MICHAEL SETH SCHWARTZ, ESQUIRE
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

EDNA LEON ROSARIO
3517 RAND STREET
PHILADELPHIA, PA 19134-1304