United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17196-amc
Edna Leon Rosario                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett       Page 1 of 1         Date Rcvd: Dec 11, 2017
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db             +Edna Leon Rosario,    3517 Rand Street,    Philadelphia, PA 19134-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES
               CORPORATION paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES
               CORPORATION paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE
               SERVICES CORPORATION paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Edna Leon Rosario msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE
               SERVICES CORPORATION pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
EDNA LEON ROSARIO                             :    CHAPTER 13
               Debtor                  :
                                              :    BK. No. 15-17196 AMC

## ORDER

AND NOW, this _____ day of _____, 2017, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: December 11, 2017**

_____
ASHELY M. CHAN,
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
PHILADELPHIA, PA 19107

EDNA LEON ROSARIO
3517 RAND STREET
PHILADELPHIA, PA 19134-1304

MICHAEL SETH SCHWARTZ, ESQUIRE
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107