**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **Edna Leon Rosario** | : **CHAPTER 13** |
| | | : **BANKRUPTCY NO. 15-17196 AMC** |
| | DEBTOR | : |
| | | : |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Objection to Certification of Default was on the 12th day of January, 2018, served by electronic notification and/or United States First Class Mail to the Office of the Trustee, and Matteo S. Weiner, Counsel for MidFirst Bank.

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor