United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edna Leon Rosario  
    Debtor

Case No. 15-17196-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 16, 2018  
                                   Form ID: 167     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.  
db        +Edna Leon Rosario,    3517 Rand Street,    Philadelphia, PA 19134-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:

      ANDREW  SPIVACK   on behalf of Creditor   PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES CORPORATION paeb@fedphe.com  
      ANDREW F GORNALL    on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JEROME B. BLANK    on behalf of Creditor   PHH Mortgage Corporation et. al. paeb@fedphe.com  
      JEROME B. BLANK    on behalf of Creditor   PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES CORPORATION paeb@fedphe.com  
      JOSEPH ANGEO DESSOYE    on behalf of Creditor   PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES CORPORATION paeb@fedphe.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com  
      MICHAEL SETH SCHWARTZ    on behalf of Debtor Edna Leon Rosario msbankruptcy@verizon.net  
      THOMAS I. PULEO   on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   PHH MORTGAGE CORPORATION F/K/A PHH MORTGAGE SERVICES CORPORATION paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edna Leon Rosario
    Debtor(s)

Case No: 15−17196−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default

    on: 1/30/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/16/18

Timothy B. McGrath
Clerk of Court

66 − 63
Form 167