# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDNA LEON ROSARIO | Chapter 13 |
| Debtor | Bankruptcy No. 15-17196-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __16th__ day of __October__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
EDNA LEON ROSARIO

3517 RAND STREET

PHILADELPHIA, PA 19134